UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

SUN, RONG,

**STIPULATION OF
DISMISSAL
WITHOUT PREJUDICE**

Plaintiff,

v.

Civil Action No.
26-cv-3682

MARCO RUBIO, Secretary of U.S.
Department of State, PAM BONDI,
U.S. Attorney General, TODD BLANCHE,
Acting U.S. Attorney, MARKWAYNE
MULLIN, Secretary, U.S. Department of
Homeland Security; JOSEPH B. EDLOW:
Director, U.S. Citizenship and Immigration
Service, CARRIE M. SELBY: Director,
Texas Service Center, U.S. Citizenship and
Immigration Service, SCOTT VELEZ:
Acting Director, New York District, U.S.
Citizenship and Immigration Service, [1]

(Vitaliano, J.)

Defendants.

-----------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, New York
         August 12, 2026

THE LAW OFFICE OF CURT DONALD SCHMIDT
*Counsel for Plaintiff*
805 57th Street, 3rd Floor
Brooklyn, New York 10002

By:  _____/s/_____
Curt D. Schmidt, Esq.
(518) 224-3001
curtschmidt6788@gmail.com

---

[1]    Under Fed. R. Civ. P. 25(d), the successor of a party who is a public official is automatically substituted as the party to the suit; therefore, USCIS Acting New York District Director Velez has been substituted for USCIS Acting New York District Director Borgen.

Dated: Brooklyn, New York
     August 12, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By:    */s/ Daniel G. Saavedra*
Daniel G. Saavedra
Assistant U.S. Attorney
(718) 254-6360
daniel.saavedra@usdoj.gov

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 08/12/2026

/s/ Eric N. Vitaliano

**Eric N. Vitaliano**
**United States District Judge**